IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fenton, Magnolia | Case Number: 07 B 04341 |
|---|---|---|
|  |  | Judge: Hollis, Pamela S |
|  | Printed: 12/28/07 | Filed: 3/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 29, 2007
Confirmed: May 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,275.04 |  |
| Secured: |  | 77.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,484.00 |
| Trustee Fee: |  | 146.20 |
| Other Funds: |  | 567.84 |
| Totals: | 3,275.04 | 3,275.04 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,484.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 645.96 | 77.00 |
| 4. | Cook County Treasurer | Secured | 902.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 17,220.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 244.86 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 535.89 | 0.00 |
| 8. | Capital One | Unsecured | 1,137.26 | 0.00 |
| 9. | Capital One | Unsecured | 1,038.49 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 304.85 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,020.28 | 0.00 |
| 12. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 13. | Lowes | Unsecured |  | No Claim Filed |
| 14. | GC Services Corporation | Unsecured |  | No Claim Filed |
| 15. | Harris & Harris | Unsecured |  | No Claim Filed |
| 16. | Alliance One | Unsecured |  | No Claim Filed |
| 17. | West Suburban Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,533.59 | $ 2,561.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 146.20 |
|  | $ 146.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fenton, Magnolia | Case Number: 07 B 04341 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 3/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

